```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JALINSKY ADVISORY GROUP, INC.,       :
                                     :
                Plaintiff,           :
                                     :    19 Civ. 6697(LAP)
        v.                           :
                                     :    ORDER
EDELMAN FINANCIAL SERVICES, LLC,     :
et al.,                              :
                                     :
                Defendants.          :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the parties' letters (dkt. nos. 56-58). Plaintiff's reply (dkt. no. 55) is stricken for failure to comply with the applicable rules.

Counsel shall appear to argue the motion to dismiss the second amended complaint on February 20 at 9:00 a.m.

SO ORDERED.

Dated:  New York, New York
        February 4, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge