```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JALINKSI ADVISORY GROUP, INC.,<br><br>        Plaintiff,<br><br>   -versus-<br><br>EDELMAN FINANCIAL SERVICES,<br>LLC, et al.,<br><br>        Defendants. | 19 Civ. 6697<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court will hold a telephonic settlement conference on April 22, 2020 at 10:00 a.m. The parties are directed to call (888) 363-4734, access code: 4645450 at that time. The parties are directed to submit a written mediation statement of ten pages or fewer by 12:00 p.m. three business days before the date of the conference.

**SO ORDERED.**

Dated:  April 14, 2020
        New York, New York

                                    */s/ Loretta A. Preska*
                                 _____
                                 LORETTA A. PRESKA
                                 Senior U.S. District Judge