```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JALINKSI ADVISORY GROUP, INC., | 19 Civ. 6697 (LAP) |
| Plaintiff, | ORDER |
| -versus- | |
| EDELMAN FINANCIAL SERVICES, LLC, et al. | |
| Defendants. | |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

     The Court has received the parties' proposed case management plan and scheduling order [dkt. no. 64].

     In light of the lengthy settlement conference conducted with counsel and the parties, the Court will not hold a Rule 16 conference.

     The Court approves the deadlines set forth at paragraph 8.a. of the proposed case management plan.

     Discovery shall be bifurcated between fact discovery and expert discovery.  No money shall be spent on expert discovery absent further order of the Court.

     Fact discovery shall be concluded no later than July 31. To the extent that a party proposes to move for summary judgment, that party shall submit a pre-motion conference letter no later than August 4.  Any responsive letter shall be

submitted no later than August 7.  To the extent no party proposed to move for summary judgment, counsel shall confer and submit a joint letter no later than August 7.

Counsel shall appear for a telephonic conference on August 17 at 10:30 a.m.

**SO ORDERED.**

Dated:  April 27, 2020
        New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge