UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JALINSKI ADVISORY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDELMAN FINANCIAL SERVICES, LLC;<br>EDELMAN FINANCIAL ENGINES, L.P.;<br>EDELMAN FINANCIAL ENGINES, LLC;<br>FINANCIAL ENGINES ADVISORS L.L.C.;<br>HELLMAN & FRIEDMAN, LLC; and<br>FREDERIC MARK EDELMAN a/k/a RIC<br>EDELMAN,<br><br>Defendants. | 19-cv-06697-LAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among Plaintiff Jalinski Advisory Group, Inc., on the one hand, and Defendants Edelman Financial Services, LLC; Edelman Financial Engines, L.P.; Edelman Financial Engines, LLC; Financial Engines Advisors L.L.C.; and Frederic Mark Edelman a/k/a Ric Edelman, (together, the "Parties") on the other, that the Parties hereby dismiss with prejudice all Claims and Counterclaims brought therein, including Plaintiff's Amended Complaint, dated October 28, 2019 and Defendants' Counterclaims, dated November, 12, 2019, with each side bearing its own costs and attorneys' fees.

Dated: New York, New York
September 4, 2020

**BARTON LLP**

By: _____
Maurice N. Ross

Dated: Overland Park, Kansas
September 4, 2020

**HOVEY WILLIAMS LLP**

By: _____
Scott R. Brown
Todd A. Gangel

| | |
|---|---|
| 711 Third Avenue, 14th Floor<br>New York, New York 10017<br>Tel.: (212) 687-6262 | 84 Corporate Woods<br>10801 Mastin Boulevard, Suite 1000<br>Overland Park, Kansas 66210<br>Tel.: (913) 647-9050 |

**SAIBER LLC**

Jakob B. Halpern
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Tel.: (973) 622-3333

**IT IS SO ORDERED:**

_____
THE HON. LORETTA A. PRESKA