UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JALINSKI ADVISORY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDELMAN FINANCIAL SERVICES, LLC;<br>EDELMAN FINANCIAL ENGINES, L.P.;<br>EDELMAN FINANCIAL ENGINES, LLC;<br>FINANCIAL ENGINES ADVISORS L.L.C.;<br>HELLMAN & FRIEDMAN, LLC; and<br>FREDERIC MARK EDELMAN a/k/a RIC<br>EDELMAN,<br><br>Defendants. | 19-cv-06697-LAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among Plaintiff Jalinski Advisory Group, Inc., on the one hand, and Defendants Edelman Financial Services, LLC; Edelman Financial Engines, L.P.; Edelman Financial Engines, LLC; Financial Engines Advisors L.L.C.; and Frederic Mark Edelman a/k/a Ric Edelman, (together, the "Parties") on the other, that the Parties hereby dismiss with prejudice all Claims and Counterclaims brought therein, including Plaintiff's Amended Complaint, dated October 28, 2019 and Defendants' Counterclaims, dated November, 12, 2019, with each side bearing its own costs and attorneys' fees.

Dated: New York, New York
September 4, 2020

**BARTON LLP**

By: _____
Maurice N. Ross

Dated: Overland Park, Kansas
September 4, 2020

**HOVEY WILLIAMS LLP**

By: _____
Scott R. Brown
Todd A. Gangel

711 Third Avenue, 14th Floor
New York, New York 10017
Tel.: (212) 687-6262

84 Corporate Woods
10801 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
Tel.: (913) 647-9050

**SAIBER LLC**

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

Jakob B. Halpern
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Tel.: (973) 622-3333

**IT IS SO ORDERED:**

Dated: Sept. 8, 2020

_____

THE HON. LORETTA A. PRESKA

2